For the reasons assigned the conviction and sentence are annulled and set aside, and the case is remanded to the district court for a new trial.[8]

So.2d 352, the conviction and sentence are annulled and set aside, and the case is remanded to the district court for a new trial.

167 So.2d 359

**STATE of Louisiana**

**v.**

**B. Elton COX, Arthur Jelks.**

No. 47019.

June 8, 1964.

Rehearing Denied Oct. 7, 1964.

167 So.2d 359

**STATE of Louisiana**

**v.**

**Edward WARD, Charles Cage, William Chevalier, and Earl Davis.**

No. 47122.

July 1, 1964.

Rehearing Denied Oct. 7, 1964.

Collins, Douglas & Elie, New Orleans, Carl Rachlin, Marvin Moses Karpatkin, New York City, for appellant.

Jack P. F. Gremillion, Atty. Gen., M. E. Culligan, Asst. Atty. Gen., Sam J. D'Amico, Sp. Pros., for appellee.

HAWTHORNE, Justice.

For the reasons assigned in the case of State of Louisiana v. Cox, 246 La. 748, 167

8. In this court the "district attorney's case" was consolidated with the instant case for the purpose of argument, but

we have rendered a separate decree therein. See 246 La. 765, 167 So.2d 359.